**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 98-6891

———————————

DONALD L. HOLLABAUGH,

Plaintiff - Appellant,

versus

WILLIE WELDEN, in his individual and official
capacity; JOE BLACK, in his individual and
official capacity; ROY STEVENS, in his indi-
vidual and official capacity; LOU J. ALLEN, in
his individual and official capacity; MICHAEL
W. MOORE, in his individual and official
capacity,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Charles E. Simons, Jr., Senior Dis-
trict Judge.  (CA-96-2276-4-6-BE)

———————————

Submitted:  October 20, 1998          Decided:  November 4, 1998

———————————

Affirmed by unpublished per curiam opinion.

———————————

Before WILKINS and HAMILTON, Circuit Judges, BUTZNER, Senior
Circuit Judge.

———————————

Donald L. Hollabaugh, Appellant Pro Se.  Sandra Jane Senn, Charles-
ton, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald L. Hollabaugh appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hollabaugh v. Walden</u>, No. CA-96-2276-4-6-BE (D.S.C. May 18 and June 1, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2